# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**S & S PACKING, INC.,**

    **Plaintiff,**

**v.**                                                                            **Case No: 5:13-cv-386-Oc-10PRL**

**SPRING LAKE RATITE RANCH, INC.**

    **Defendant.**

## ORDER

Before the Court is Defendant's motion to extend the time in which to respond to the Court's order to show cause. (Doc. 65). Though Defendant's response was due on August 29, 2016, Defendant filed this motion, along with a few responsive documents, on August 30, 2016. Defendant represents that a family emergency prevented Defendant's counsel from timely responding and that Defendant's counsel needs additional time to obtain supporting attorneys' affidavits. Though Plaintiff opposes this request (Doc. 68), the Court in inclined to grant it given the circumstance of a family emergency.

Accordingly, the motion (Doc. 65) is **GRANTED** and Defendant shall have until **on or before September 7, 2016** to respond fully to the order to show cause. No further extensions will be granted to Defendant absent extraordinary circumstances. Plaintiff shall have until **on or before** September 21, 2016 to supplement Plaintiff's objections.

**DONE** and **ORDERED** in Ocala, Florida on September 2, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties