# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**S & S PACKING, INC.,**

    **Plaintiff,**

**v.**                                                                                        **Case No: 5:13-cv-386-Oc-10PRL**

**SPRING LAKE RATITE RANCH, INC.**

    **Defendant.**

## ORDER

On October 28, 2016, I entered a Report and Recommendation on Defendant's motion for attorneys' fees in this Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et. seq.*, ("PACA") case. (Doc. 74). Plaintiff has now filed an objection to my report, in which it requests an opportunity to supplement its opposition to Defendant's requested fees. (Doc. 75).

Specifically, Plaintiff asks for another chance to identify specific billing entries submitted by Defendant and to argue why those entries are unreasonable. Indeed, attached to its motion is a copy of Defendant's billing entries with numerous entries circled indicating that Plaintiff intends to challenge these entries if allowed to do so. (Doc. 75-1). Although the time in which Defendant has to respond to this motion has lapsed, Defendant has not stated whether it opposes Plaintiff's motion to supplement. Thus, **on or before December 9, 2016**, Defendant shall respond to Plaintiff's motion.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on December 2, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties