UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

S & S PACKING, INC.,

    Plaintiff,

-vs-                                                Case No.    5:13-cv-386-Oc-10-PRL

SPRING LAKE RATITE RANCH, INC.,
d/b/a SPRING LAKE BLUEBERRY FARM,

    Defendant/Appellee.
_____/

**ORDER**

This case is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge (Doc. 74). In that Report the Magistrate Judge recommended that the Defendants' Amended Motion for Attorney's Fees and Costs (Doc. 66) should be granted to the extent of awarding $66,335.50 in fees and $1,204.45 in costs, with judgment to be entered for those amounts.

The Plaintiff objected to the Magistrate Judge's R & R, and included in the objection a Motion for Leave to Supplement the record (Doc. 75). The Magistrate Judge considered the motion to supplement as in the nature of a motion for reconsideration of the R & R (see Doc. 79). He Denied that motion and resubmitted the R & R (Id.) subject to the objections (Doc. 75) which remained for determination by the District Court.

Upon due consideration, the Court has made a de novo review and determination of the findings and recommendations of the United States Magistrate

Judge (Docs. 74 and 79), (28 U.S.C. § 636(b)(1)(A)-(C), as well as the objections stated in Doc. 75, and has determined that the Objections (Doc. 75) should be and are, OVERRULED.  The Report and Recommendation of the Magistrate Judge (Doc. 74) is Adopted and Confirmed as the Order of this Court, and the Clerk is directed to enter Judgment in favor of the Defendants and against the Plaintiff in the amount of $66,335,50 in attorney's fees plus $1,204.45 for costs.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida, this 11th day of January, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                Mari Jo Taylor, Courtroom Deputy